# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0112. GREGORY V. HEWINGS v. ROSANNA HOLLINGSWORTH.**

Gregory Hewings and Rosanna Hollingsworth were divorced in 2009. Since that time, various motions for contempt and petitions for modification of custody have been filed. In March 2019, the trial court entered a final order awarding sole custody to Hollingsworth and modifying the parenting plan to include supervised visitation for Hewings. In separate actions, Hewings filed a motion to set aside the final order and an emergency motion for a temporary change of custody. The trial court denied both motions on March 6, 2020. Hewings filed both an application for discretionary appeal and a notice of appeal, seeking to appeal both orders. This Court denied the application for discretionary appeal. See Case No. A20D0397 (denied July 6, 2020). Our denial of Hewings's discretionary application was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same order. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007); *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/25/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*